FILED

2005 AUG 31  A II: 22

C... A, US DIST COURT
_ASTERN DIST. OF CALIF
AT FRESNO

BY_____
         DEPUTY

1  McGREGOR W. SCOTT
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant U.S. Attorney
3  3654 Federal Building
   1130 "O" Street
4  Fresno, California 93721
   Telephone: (559) 498-7272
5

6          IN THE UNITED STATES DISTRICT COURT FOR THE

7              EASTERN DISTRICT OF CALIFORNIA

8

9

10

11  UNITED STATES OF AMERICA,      )   MAG. NO. 05-0220 LJO
                                   )
12          Plaintiff,             )   ORDER
                                   )
13          v.                     )
                                   )
14  MICHAEL LAWRENCE SANCHEZ,      )
                                   )
15          Defendant.             )
                                   )
16  _____)

17

18      Having considered the government's application to unseal the

19  arrest warrant, criminal complaint and affidavit in the above-

20  captioned proceeding,

21      IT IS HEREBY ORDERED that the arrest warrant, criminal

22  complaint and affidavit submitted in support of the criminal

23  complaint shall be UNSEALED.

24  Dated: August 30, 2005
                 31
25                                  _____
                                    Honorable Lawrence J. O'Neill
26                                  U.S. Magistrate Judge

27

28

                            1