DEFENDANT:      MICHAEL LAWRENCE SANCHEZ
CASE NUMBER:    0972 - 1:05CR00315-012
DISTRICT:       Eastern District of California

# STATEMENT OF REASONS
**(Not for Public Disclosure)**

**I   COURT FINDINGS ON PRESENTENCE INVESTIGATION REPORT**

  A  X  **The court adopts the presentence investigation report without change.**

  B  ☐  **The court adopts the presentence investigation report with the following changes.**
         (Check all that apply and specify court determination, findings, or comments, referencing paragraph numbers in the presentence report, if applicable.)  (See page 4 as necessary.)

     1  ☐  **Chapter Two of the Sentencing Guidelines Manual** determinations by court (including changes to the base offense level, or specific offense characteristics).

     2  ☐  **Chapter Three of the Sentencing Guidelines Manual** determinations by court (including changes to victim-related adjustments, role in the offense, obstruction of justice, multiple counts, or acceptance of responsibility).

     3  ☐  **Chapter Four of the Sentencing Guidelines Manual** determinations by court (including changes to criminal history category or scores, career offender, or criminal livelihood determinations).

     4  ☐  **Additional Comments or Findings** (including comments or factual findings concerning certain information in the presentence report that the Federal Bureau of Prisons may rely on when it makes inmate classification, designation, or programming decisions).

  C  ☐  **The record establishes no need for a presentence report pursuant to Fed. R. Criminal. P. 32.**

**II  COURT FINDINGS ON MANDATORY MINIMUM SENTENCE** (Check all that apply)

  A  X  No count of conviction carries a mandatory minimum sentence.

  B  ☐  Mandatory minimum sentence imposed.

  C  ☐  One or more counts of conviction alleged in the indictment carry a mandatory minimum term of imprisonment, but the sentence imposed is below a mandatory minimum term because the court has determined that the mandatory minimum does not apply based on

         ☐  findings of fact in this case
         ☐  substantial assistance (18 § 3553(e))
         ☐  the statutory safety valve (18 § 3553(f))

**III COURT DETERMINATION OF ADVISORY GUIDELINE RANGE (BEFORE DEPARTURES)**

   Total Offense Level:         _____

   Criminal History Category:   _____

   Imprisonment Range:     _____ to _____ months

   Supervised Release Range:   _____ to _____ years

   Fine Range:  $ _____ to  $ _____

   X   Fine waived or below the guideline range because of inability to pay.

DEFENDANT: MICHAEL LAWRENCE SANCHEZ
CASE NUMBER: 0972 - 1:05CR00315-012
DISTRICT: Eastern District of California

# STATEMENT OF REASONS
**(Not for Public Disclosure)**

**IV  ADVISORY GUIDELINE SENTENCING DETERMINATION** (Check only one)

- A  [X]  The sentence is within an advisory guideline range that is not greater than 24 months, and the court finds no reason to depart.
- B  [ ]  The sentence is within an advisory guideline range that is greater than 24 months, and the specific sentence is imposed for these reasons. (See page 4 as necessary.)
- C  [ ]  The court departs from the advisory guideline range for reasons authorized by the Sentencing Guidelines Manual. (Also complete Section V.)
- D  [ ]  The court imposed a sentence outside the advisory sentencing guideline system. (Also complete Section VI.)

**V  DEPARTURES AUTHORIZED BY THE ADVISORY SENTENCING GUIDELINES** (If applicable)

A  **The sentence imposed departs** (Check only one):
   [ ] below the advisory guideline range
   [ ] above the advisory guideline range

B  **Departure based on** (Check all that apply):

   1  **Plea Agreement** (Check all that apply and check reason(s) below):
      [ ] 5K1.1 plea agreement based on the defendant's substantial assistance
      [ ] 5K3.1 plea agreement based on Early Disposition or "Fast-track" Program
      [ ] binding plea agreement for departure accepted by the court
      [ ] plea agreement for departure, which the court finds to be reasonable
      [ ] plea agreement that states that the government will not oppose a defense departure motion

   2  **Motion Not Addressed in a Plea Agreement** (Check all that apply and check reason(s) below):
      [ ] 5K1.1 government motion based on the defendant's substantial assistance
      [ ] 5K3.1 government motion based on Early Disposition or "Fast-track" Program
      [ ] government motion for departure
      [ ] defense motion for departure to which the government did not object
      [ ] defense motion for departure to which the government objected

   3  **Other**
      [ ] Other than a plea agreement or motion by the parties for departure (Check reason(s) below):

C  **Reason(s) for Departure** (Check all that apply other than 5K1.1 or 5K3.1.)

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| [ ] | 4A1.3 | Criminal History Inadequacy | [ ] | 5K2.1 | Death | [ ] | 5K2.11 | Lesser Harm |
| [ ] | 5H1.1 | Age | [ ] | 5K2.2 | Physical Injury | [ ] | 5K2.12 | Coercion and Duress |
| [ ] | 5H1.2 | Education and Vocational Skills | [ ] | 5K2.3 | Extreme Psychological Injury | [ ] | 5K2.13 | Diminished Capacity |
| [ ] | 5H1.3 | Mental and Emotional Condition | [ ] | 5K2.4 | Abduction or Unlawful Restraint | [ ] | 5K2.14 | Public Welfare |
| [ ] | 5H1.4 | Physical Condition | [ ] | 5K2.5 | Property Damage or Loss | [ ] | 5K2.16 | Voluntary Disclosure of Offense |
| [ ] | 5H1.5 | Employment Record | [ ] | 5K2.6 | Weapon or Dangerous Weapon | [ ] | 5K2.17 | High-Capacity, Semiautomatic Weapon |
| [ ] | 5H1.6 | Family Ties and Responsibilities | [ ] | 5K2.7 | Disruption of Government Function | [ ] | 5K2.18 | Violent Street Gang |
| [ ] | 5H1.11 | Military Record, Charitable Service, Good Works | [ ] | 5K2.8 | Extreme Conduct | [ ] | 5K2.20 | Aberrant Behavior |
| | | | [ ] | 5K2.9 | Criminal Purpose | [ ] | 5K2.21 | Dismissed and Uncharged Conduct |
| [ ] | 5K2.0 | Aggravating or Mitigating Circumstances | [ ] | 5K2.10 | Victim's Conduct | [ ] | 5K2.22 | Age or Health of Sex Offenders |
| [ ] | | Other guideline basis (*e.g.*, 2B1.1 commentary) | | | | [ ] | 5K2.23 | Discharged Terms of Imprisonment |

D  **Explain the facts justifying the departure**  (See page 4 as necessary.)

DEFENDANT: MICHAEL LAWRENCE SANCHEZ
CASE NUMBER: 0972 - 1:05CR00315-012
DISTRICT: Eastern District of California

# STATEMENT OF REASONS
**(Not for Public Disclosure)**

**VI  COURT DETERMINATION FOR A SENTENCE OUTSIDE THE ADVISORY GUIDELINE SYSTEM**
(Check all that apply)

A  **The sentence imposed is** (Check only one):
☐ below the advisory guideline range
☐ above the advisory guideline range

B  **Sentence imposed is pursuant to** (Check all that apply):

1  **Plea Agreement** (Check all that apply and check reason(s) below):
☐ binding plea agreement for a sentence outside the advisory guideline system accepted by the court
☐ plea agreement for a sentence outside the advisory guideline system, which the court finds to be reasonable
☐ plea agreement that states that the government will not oppose a defense motion to the court to sentence outside the advisory guideline system

2  **Motion Not Addressed in a Plea Agreement** (Check all that apply and check reason(s) below):
☐ government motion for a sentence outside of the advisory guideline system
☐ defense motion for a sentence outside of the advisory guideline system to which the government did not object
☐ defense motion for a sentence outside of the advisory guideline system to which the government objected

3  **Other**
☐ Other than a plea agreement or motion by the parties for a sentence outside of the advisory guideline system (Check reason(s) below):

C  **Reason(s) for Sentence Outside the Advisory Guideline System** (Check all that apply):

☐ the nature and circumstances of the offense and the history and characteristics of the defendant pursuant to 18 § 3553(a)(1)
☐ to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense (18 § 3553(a)(2)(A))
☐ to afford adequate deterrence to criminal conduct (18 § 3553(a)(2)(B))
☐ to protect the public from further crimes of the defendant (18 § 3553(a)(2)(C))
☐ to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner (18 § 3553(a)(2)(D))
☐ to avoid unwarranted sentencing disparities among defendants (18 § 3553(a)(6))
☐ to provide restitution to any victims of the offense (18 § 3553(a)(7))

D  **Explain the facts justifying a sentence outside the advisory guideline system.** (See page 4 as necessary.)

DEFENDANT: MICHAEL LAWRENCE SANCHEZ
CASE NUMBER: 0972 - 1:05CR00315-012
DISTRICT: Eastern District of California

# STATEMENT OF REASONS
**(Not for Public Disclosure)**

**VII  COURT DETERMINATIONS OF RESTITUTION**

- A  **X**  Restitution Not Applicable
- B  Total Amount of Restitution: _____
- C  Restitution not ordered (Check only one):
  - 1  ☐  For offenses for which restitution is otherwise mandatory under 18 § 3663A, restitution is not ordered because the number of identifiable victims is so large as to make restitution impracticable under 18 § 3663A(c)(3)(A).
  - 2  ☐  For offenses for which restitution is otherwise mandatory under 18 § 3663A, restitution is not ordered because determining complex issues of fact and relating them to the cause or amount of the victims' losses would complicate or prolong the sentencing process to a degree that the need to provide restitution to any victim would be outweighed by the burden on the sentencing process under 18 § 3663A(c)(3)(B).
  - 3  ☐  For other offenses for which restitution is authorized under 18 § 3663 and/or required by the sentencing guidelines, restitution is not ordered because the complication and prolongation of the sentencing process resulting from the fashioning of a restitution order outweighs the need to provide restitution to any victims under 18 § 3663(a)(1)(B)(ii).
  - 4  ☐  Restitution is not ordered for other reasons (explain below).
- D  ☐  Partial restitution is ordered for these reasons (18 § 3553(c)) (explain below).

**VIII  ADDITIONAL FACTS JUSTIFYING THE SENTENCE IN THIS CASE** (If applicable)

Sections I, II, III, IV, and VII of the Statement of Reasons form must be completed in all felony cases.

| | |
|---|---|
| Deft's Social Security / USM No: 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 / 62443-097 | /s/ OLIVER W. WANGER |
| | Signature of Judge |
| Defendant's Date of Birth: 11/18/1969 | |
| | May 4, 2007 |
| Defendant's Residence Address: | Date Signed |
| 4178 East Cornell Avenue | |
| Fresno, CA 93703 | Oliver W. Wanger, United States District Judge |
| Defendant's Mailing Address: | Name and Title of Judge |
| 4178 East Cornell Avenue | 4/30/2007 |
| Fresno, CA 93703 | Date of Imposition of Judgment |