David V. Balakian, SBN 166749
**BALAKIAN LAW OFFICES**
1060 Fulton Mall, Suite 814
Fresno, CA 93721
Tel. (559) 495-1558
Fax. (559) 495-1004
davidbalakian@sbcglobal.net

Attorney for Defendant, **MICHAEL LAWRENCE SANCHEZ**

FILED
JUN 1 4 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 05-0315 OWW |
| Plaintiff, | **EX PARTE APPLICATION FOR ORDER EXONERATING BOND; ORDER THEREON** |
| vs. | |
| MICHAEL LAWRENCE SANCHEZ, | |
| Defendant. | |

Defendant, MICHAEL LAWRENCE SANCHEZ, by and through his attorney of record, David Balakian, hereby requests an order exonerating bond in this action.

A property bond was posted in the amount of $147,612.00, for property owned by Larry Sanchez and Tiffany L. Sanchez, located at 1210 East Stuart Avenue, Fresno, California, pending disposition of this case.

The assessors parcel number is 409-261-28.

**The document number is 20050223771.**

On April 30, 2007, sentence was imposed, whereby Defendant was to complete 180 days home detention. Defendant began his sentence on May 21, 2007.

1  Accordingly, exoneration of bond and reconveyance is requested.

DATE: June 10, 2007.                    Respectfully submitted,

/s/ DAVID BALAKIAN
David V. Balakian,
Attorney for Defendant,
MICHAEL LAWRENCE SANCHEZ

**ORDER**

It appearing that defendant has been remanded into custody by way of home detention in case number CR-F 05-0315 OWW, bail is hereby ordered exonerated and the property reconveyed.

6-13-07

OLIVER W. WANGER, Judge
United States District Court
Eastern District Of California

2