PROB 35

**ORDER TERMINATING PROBATION
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number:  1:05CR00315-12 OWW** |
| ) | |
| **MICHAEL LAWRENCE SANCHEZ** ) | |
| ) | |

On April 30, 2007, the above-named was placed on probation for a period of 2 years. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Scott J. Waters

**Scott J. Waters
Senior United States Probation Officer**

Dated:      June 25, 2008
             Fresno, California

**REVIEWED BY:**      /s/ Bruce A. Vasquez
                      **Bruce A. Vasquez
                      Supervising United States Probation Officer**

Rev. 03/2005
PROB35.MRG

**Re:   SANCHEZ, Michael L.**
**Docket Number:   1:05CR00315-12 OWW**
**ORDER TERMINATING PROBATION**
**PRIOR TO EXPIRATION DATE**

## ORDER OF COURT

It is ordered that the probationer be discharged from probation, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

**Dated:   July 10, 2008**              /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE